Philip D. Stern & Associates, LLC
Attorneys at Law
697 Valley Street, Suite 2d
Maplewood, NJ 07040
(973) 379-7500
Attorneys for Plaintiffs, Elizabeth Meloskie
and Kaye T. Shaler

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH J. MELOSKIE, an individual; and KAYE T. SHALER, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EICHENBAUM & STYLIANOU, LLC, a New Jersey Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | Case 2:10-cv-01846-PGS-ES<br><br>**STIPULATION OF DISMISSAL<br>AND<br>ORDER** |

This matter having been amicably adjusted by and between the Plaintiffs, ELIZABETH J. MELOSKIE, an individual; and KAYE T. SHALER, an individual, and the Defendant, EICHENBAUM & STYLIANOU, LLC, a New Jersey Limited Liability Company, IT IS HEREBY STIPULATED AND AGREED that the above-captioned litigation be and hereby is DISMISSED WITH PREJUDICE and without fees or costs to any party ONLY with respect to the claims and defenses between Plaintiffs, ELIZABETH J. MELOSKIE, an individual; and KAYE T. SHALER, an individual, and the Defendant, EICHENBAUM & STYLIANOU, LLC, a New Jersey Limited Liability Company, and be and hereby is DISMISSED WITHOUT PREJUDICE as to the claims, if any, of any member of the class or classes ("putative class")

alleged in the Complaint and any amendments to the Complaint. Nothing in this Stipulation affects, impairs or enhances any claim or defense between or among any member of the putative class and any Defendant (excepting the claims of plaintiffs Meloskie and Shaler dismissed with prejudice and without fees or costs as against defendant Eichenbaum & Stylianou).

|  |  |
|---|---|
| Dated: November 23, 2010 | Philip D. Stern & Associates, LLC<br>Attorneys for Plaintiffs, Elizabeth Meloskie and Kaye T. Shaler<br>*s/Philip D. Stern*<br>Philip D. Stern |
| Dated: November 29, 2010 | Tompkins, McGuire, Wachenfeld & Barry, LLP<br>Attorneys for Defendant, Eichenbaum & Stylianou<br>*s/Matthew P. O'Malley*<br>Matthew P. O'Malley |

APPROVED AND SO ORDERED:

_____